12-CV-02036-MRET

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MARTIN JONES, <br><br> Petitioner, <br><br> v. <br><br> STEPHEN D. SINCLAIR, <br><br> Respondent. | Case No. C12-2036-JLR <br><br> **ORDER DISMISSING 28 U.S.C. § 2254 HABEAS PETITION WITHOUT PREJUDICE** |

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, respondent's Answer, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's § 2254 habeas petition is **DISMISSED** without prejudice for failure to exhaust state-court remedies;

3. Petitioner is **DENIED** issuance of a certificate of appealability; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 12th day of July, 2013.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING 28 U.S.C. § 2254 HABEAS PETITION
WITHOUT PREJUDICE- 1